THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES, an Oregon non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>Defendant. | CASE NO. C18-1631-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' joint status report (Dkt. No. 9). The stay in this case is hereby LIFTED. As the parties are engaged in settlement negotiations, the Court declines to set deadlines for initial disclosures, discovery, or alternative dispute resolution at this time. W.D. Wash. Local Civ. R. 16(a)(2); W.D. Wash. Local Civ. R. 26(f); Fed. R. Civ. P. 26(f)(3).

//

//

//

1       DATED this 13th day of February 2019.

                                          William M. McCool
                                          Clerk of Court

                                          s/Tomas Hernandez
                                          Deputy Clerk