THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES, an Oregon non-profit corporation,<br><br>Plaintiff,<br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>Defendant. | CASE NO. C18-1631-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion for extension of time for Defendant to file an answer or otherwise respond to Plaintiff's complaint (Dkt. No. 11.) Having thoroughly considered the motion and the relevant record, the Court GRANTS the motion. The date by which Defendant must file an answer or otherwise respond to Plaintiff's complaint is hereby EXTENDED to July 17, 2019.

DATED this 8th day of March 2019.

1           William M. McCool
            Clerk of Court

2           s/Tomas Hernandez
            Deputy Clerk
3

MINUTE ORDER
C18-1631-JCC
PAGE - 2