THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES, an Oregon non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>Defendant. | CASE NO. C18-1631-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion for an extension of time for Defendant to respond to Plaintiff's complaint (Dkt. No. 15). Having thoroughly considered the motion and the relevant record, the Court hereby GRANTS the motion. The date by which Defendant must file an answer or otherwise respond to Plaintiff's complaint is hereby EXTENDED to September 16, 2019. The status conference set for the purpose of scheduling a trial date and related deadlines in this matter is hereby CONTINUED from July 30, 2019 to October 22, 2019 at 9:00 A.M.

//

MINUTE ORDER
C18-1631-JCC
PAGE - 1

1    DATED this 8th day of July 2019.

                                        William M. McCool
                                        Clerk of Court

                                        s/Tomas Hernandez
                                        Deputy Clerk

MINUTE ORDER
C18-1631-JCC
PAGE - 2